THE KOHALA SUGAR COMPANY *vs.* D. R. VIDA AND FOUR OTHERS.

ON QUESTION RESERVED FROM CIRCUIT COURT THIRD JUDICIAL CIRCUIT.

IN AN ACTION of assumpsit for use of water, the verdict of the jury was that the defendants had no right to the water.

HELD, that this was a mis-trial, the verdict not being responsive to the issue, and a new trial ordered.

Opinion of the Court by JUDD, J.

This was an action of assumpsit, the plaintiff claiming one hundred and fifty dollars from the defendants for three years' use of the water from a certain ditch in Kohala, Hawaii.

The Justice who presided at the trial reserved for the consideration of this Court the question whether a non-suit or judgment for the defendants should not have been ordered on their motion, on the ground that the complaint alleged a joint use of the water by the defendants, whereas the evidence showed a separate use.

The jury returned a verdict that the defendants had no right to the water. The complaint asks for damages, but the jury did not find any, nor did they find for the defendants, and

11

there is, therefore, no verdict upon which judgment could be entered.

The Court cannot now consider the question reserved, for its determination, whether favorable to the plaintiff or to the defendants would be without effect upon a verdict which is in itself bad.

We are not called upon to perform useless labor.

There being a mis-trial, the plaintiff has leave to apply for a new trial upon the complaint as it stands, or he may amend it, as he sees fit, each party to pay its own costs, and the costs of the jury to be divided.

Hon. A. S. Hartwell for plaintiff.

E. Preston for defendants.

Honolulu, February 2, 1878.